UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>**All Indirect Purchaser and Direct Purchaser Actions** | Case No.: 13-MD-2420 YGR<br><br>ORDER ADMINISTRATIVELY TERMINATING CASES AND SETTING COMPLIANCE HEARING |

The Court submitted to interim class counsel for the putative direct purchaser and indirect purchaser classes a list of cases under consideration for administrative termination. Administrative termination has the effect of a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court, having received a response from interim class counsel and for good cause appearing, **ORDERS** as follows:

The Clerk of the Court shall administratively terminate the following six cases.

1. 13-cv-0170, *McGuire v. LG Chem, LTD et al.*
2. 13-cv-0700, *Tolchin v. LG Chem, LTD. et al.*
3. 13-cv-0709, *Le v. LG Chem, LTD et al.*
4. 13-cv-1412, *Bourque v. LG Chem America, Inc. et al.*
5. 13-cv-1534, *Stromberg et al. v. Hitachi Ltd. et al.*
6. 13-cv-2242, *City of Palo Alto et al. v. LG Chem, Ltd. et al.*

The Clerk of the Court shall leave open the following nine cases:

1. 12-cv-5268, *Carte v. Samsung SDI, Co., Ltd., et al.*

2. 12-cv-5678, *Siegel v. LG Chem, LTD. et al.*

3. 12-cv-5682, *Univision-Crimson Holding, Inc. v. Samsung SDI Co., Ltd. et al.*

4. 13-cv-0213, *Ritz Camera & Image, LLC v. Samsung SDI Co., Ltd. et al.*

5. 13-cv-0426, *Automation Engineering, LLC et al v. LG Chem, Ltd. et al.*

6. 13-cv-0785, *The Stereo Shop v. LG Chem, Ltd. et al.*

7. 13-cv-0797, *First Choice Marketing, Inc. v. LG Chem America, Inc. et al.*

8. 13-cv-1298, *Walner v. Samsung SDI Co., Ltd. et al.*

9. 13-cv-2288, *KCN Services, LLC v. LG Chem, Ltd. et al.* ("*KCN*")

Counsel for the indirect purchaser plaintiffs ("IPPs") request additional time to investigate a Hawaii state-law claim raised in the *KCN* case (13-cv-2288), which claim is not currently encompassed by the IPPs' Corrected Consolidated Second Amended Complaint. The Court **SETS** a compliance hearing on its 9:01 a.m. Calendar on **Friday, August 29, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. At least (5) business days prior to the date of the compliance hearing, the IPPs shall file in the master docket for this action either: (a) a notice of dismissal of the *KCN* case, or (b) a brief statement of why administrative termination of the *KCN* case is not warranted and explaining the IPPs' plan for asserting the claim encompassed in the *KCN* complaint. If compliance is complete, the IPPs need not appear and the compliance hearing will be taken off calendar. Failure to comply may result in sanctions.

**IT IS SO ORDERED**.

Dated: July 8, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2